DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.F.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-2652, 4D19-2653, 4D19-2668 and 4D19-2670

[March 26, 2020]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacy M. Ross, Judge; L.T. Case Nos. 17-003901DLB, 18-000908DLA, 19-000286DLA and l9-000513DLA.

Carey Haughwout, Public Defender, and Patrick Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***